AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JORGE HERNANDEZ-PALMA | CASE NUMBER: 08 CR 2320-DMS |

I, JORGE HERNANDEZ-PALMA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JUL 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer